AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor, Jr., William H. | United States Court of Appeals | 05/10/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1729 Fifth Avenue North<br>Suite 900<br>Birmingham, AL 35203 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Visiting Professor | University of Alabama School of Law |
| 2. Board of Directors | Alabama Center for Law & Civic Education |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Pryor Jr., William H.

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/10/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | University of Alabama School of Law | $10,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Wilson,Price,Barranco,Blankenship & Billingsley, P.C. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Law School Federalist Society | January 27-28, 2009 | Hartford, CT | Debate | Transportation, Meals and Lodging |
| 2. | William and Mary Law School Federalist Society and St. Thomas More Society | March 3-4, 2009 | Williamsburg, VA | Deliver Lecture | Transportation, Meals and Lodging |
| 3. | Duke Law School Federalist Society | April 13-14, 2009 | Durham, NC | Deliver Lecture | Transportation, Meals and Lodging |
| 4. | Alabama State Bar | July 15-16, 2009 | Point Clear, AL | Presented Commissioners Award at Annual Meeting | Transportation, Meals and Lodging |
| 5. | The Federalist Society 2009 National Lawyers Convention | Nov 11-14, 2009 | Washington, DC | Mod. of Panel Discussions | Transportation, Meals & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/10/2009 |

| 6. | University of Alabama School of Law | August 17- November 30, 2009 | Tuscaloosa, AL | Teaching | Transportation |
|---|---|---|---|---|---|
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/10/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA #1 | | | | | | | | | |
| 2.    - FIDELITY CANADA | | None | | | Sold | 06/22/09 | K | | |
| 3.    - TOCQUEVILLE GOLD FUND | A | Dividend | K | T | Buy | 06/25/09 | K | | |
| 4.   IRA #2 | | | | | | | | | |
| 5.    - FIDELITY INDEPENDENCE | | None | | | Sold | 01/08/09 | K | | |
| 6.    - ROYCE VALUE FUND | | None | | | Buy | 01/09/09 | K | | |
| 7. | | | | | Sold | 09/17/09 | K | D | |
| 8.    - FIDELITY SELECT CONSUMER STPLES PORT | A | Dividend | | | Sold | 06/09/09 | K | B | |
| 9.    - JANUS OVERSEAS | A | Dividend | M | T | Buy (add'l) | 06/10/09 | K | | |
| 10. | | | | | Buy (add'l) | 09/18/09 | K | | |
| 11.   IRA #3 | | | | | | | | | |
| 12.    - FIDELITY CANADA | | None | | | Sold | 10/08/09 | K | | |
| 13.    - FIDELITY CHINA REGION | A | Dividend | K | T | Buy | 10/08/09 | K | | |
| 14.   IRA #4 | | | | | | | | | |
| 15.    - FIDELITY SELECT CONSUMER STPLES PORT PORT | A | Dividend | | | Sold | 05/19/09 | J | A | |
| 16.    - FORESTER VALUE FUND | | None | | | Sold | 05/06/09 | K | | |
| 17.    - FIDELITY SELECT WIRELESS PORTFOLIOS | | None | | | Buy | 05/07/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 05/19/09 | J | | |
| 19. | | | | | Sold | 11/04/09 | K | A | |
| 20. - MATTHEWS ASIAN TECHNOLOGY FUND | | None | K | T | Buy | 11/05/09 | K | | |
| 21. - FIDELITY SELECT MATERIALS PORTFOLIO | | None | K | T | Buy | 06/05/09 | K | | |
| 22. - FIDELITY CONTRAFUND | A | Dividend | | | Sold | 06/05/09 | K | | |
| 23. - T ROWE PRICE LATIN AMERICA FUND | B | Dividend | L | T | | | | | |
| 24. - FIDELITY SELECT CHEMICALS | A | Dividend | K | T | | | | | |
| 25. IRA #7 | | | | | | | | | |
| 26. - T. ROWE PRICE LATIN AMERICA FUND | A | Dividend | J | T | | | | | |
| 27. - US GLOBAL REGION EAST EUROPEAN | | None | | | Sold | 01/15/09 | J | | |
| 28. - SEXTANT INTRNATIONAL FUND | | None | | | Buy | 01/16/09 | J | | |
| 29. | | | | | Sold | 06/08/09 | J | B | |
| 30. - FIDELITY SELECT MATERIALS PORTFOLIO | A | Dividend | J | T | Buy | 06/09/09 | J | | |
| 31. BROKERAGE ACCT #1 | | | | | | | | | |
| 32. - T. ROWE PRICE LATIN AMERICA FUND | A | Dividend | K | T | Buy (add'l) | 09/11/09 | J | | |
| 33. - FIDELITY SELECT CONSUMER STPLES PORT | A | Dividend | | | Buy | 01/05/09 | J | | |
| 34. | | | | | Buy (add'l) | 03/17/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 05/06/09 | J | A | |
| 36.  - MATTHEWS CHINA FUND | A | Dividend | J | T | Buy | 05/07/09 | J | | |
| 37.  - JANUS CONTRARIAN FUND | A | Dividend | J | T | Sold | 03/09/09 | J | A | |
| 38.  BROKERAGE ACCT #2 | | | | | | | | | |
| 39.  - ROYCE VALUE FUND SERVICE CL | | None | | | Sold | 06/29/09 | J | B | |
| 40.  - FIDELITY SELECT GOLD | | None | | | Buy | 06/30/09 | J | | |
| 41. | | | | | Sold | 08/05/09 | J | A | |
| 42.  - JANUS OVERSEAS FUND | A | Dividend | J | T | Buy | 08/06/09 | J | | |
| 43.  - FORESTER VALUE FUND | | None | | | Sold | 05/04/09 | K | | |
| 44.  - FIDELITY SELECT CHEMICAL | A | Dividend | K | T | Buy | 05/05/09 | K | | |
| 45.  SECTION 401(K)/PROFIT SHARING PLAN #1 | | | | | | | | | |
| 46.  - SEXTANT INTERNATIONAL FUND | | None | | | Sold | 06/08/09 | K | B | |
| 47.  - FIDELITY INTL DISCOVERY | A | Dividend | | | Sold (part) | 02/13/09 | J | | |
| 48. | | | | | Sold | 03/19/09 | K | | |
| 49.  - FIDELITY SELECT CHEMICALS | A | Dividend | L | T | Buy | 03/19/09 | K | | |
| 50. | | | | | Buy (add'l) | 04/20/09 | J | | |
| 51. | | | | | Buy (add'l) | 05/19/09 | K | | |

1. Income Gain Codes: A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 $5,000,000   H2 =More than $5,000,000
2. Value Codes                      J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                          P3 =$25,000,001 - $50,000,000               P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)                U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - JANUS CONTRARIAN FUND | B | Dividend | | | Sold | 2/10/09 | K | | |
| 53. - FIDELITY SELECT MEDICAL EQUIP & SYSTEMS | | None | | | Buy | 02/11/09 | K | | |
| 54. | | | | | Sold | 05/19/09 | K | A | |
| 55. - ROYCE VALUE FUND SERVICE | | None | | | Buy | 01/08/09 | J | | |
| 56. | | | | | Sold | 08/24/09 | J | B | |
| 57. - FIDELITY FLOATING RATE HIGH INCOME | A | Dividend | K | T | Buy | 03/30/09 | K | | |
| 58. - FIDELITY SELECT WIRELESS PORTFOLIO | | None | | | Buy | 06/09/09 | K | | |
| 59. | | | | | Buy (add'l) | 07/15/09 | J | | |
| 60. | | | | | Buy (add'l) | 08/25/09 | J | | |
| 61. | | | | | Sold | 11/04/09 | K | A | |
| 62. - MATTHEWS PACIFIC TIGER FUND | A | Dividend | K | T | Buy | 11/05/09 | K | | |
| 63. - BRANDYWINE BLUE | | None | | | Sold | 03/27/09 | K | | |
| 64. FIDELITY CASH RESERVES | A | Int./Div. | J | T | | | | | |
| 65. COMPASS BANK - A/C #1 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/10/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/10/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544